IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Stephanie Johnson, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Aon Service Corporation, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 16-cv-6752 |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This action arises under the Americans with Disabilities Act.

2. Plaintiff invokes this court's supplemental jurisdiction to enforce plaintiff's rights under the Illinois Human Rights Act.

3. Venue is proper in this District, because Defendant Aon Service Corporation resides in this District, as it is an Illinois corporation.

4. Johnson was an employee of Aon Service Corporation ("Aon") from January 3, 2012 to April 26, 2016.

5. Johnson was a Business Services Coordinator.

6. Johnson had (and has) a disability, namely asthma.

7. Johnson's asthma substantially impairs her ability to breathe, a major life activity.

1

8. Johnson had the skill, experience, education, and other requirements for the job.

9. In August 2015, Johnson requested a reasonable accommodation: to work from home because of her asthma.

10. Johnson could perform the essential functions of her job from home.

11. AON was aware of Johnson's disability at the time of her request.

12. Aon initially agreed with her request and allowed her to work remotely.

13. However, on October 22, 2015, Aon told her it would no longer allow her to work remotely.

14. In doing so, Aon failed to provide Johnson with a reasonable accommodation so that she could continue working.

15. On April 26, 2016, Johnson was forced to resign, after being on unpaid leave for six months.

16. Johnson has been harmed by Aon's failure to reasonably accommodate her in that she has lost wages and benefits, lost earning power, and suffered emotional distress.

17. Johnson requests punitive damages to punish Aon and to deter it and other companies from engaging in similar discriminatory conduct in the future.

18. Johnson had to retain an attorney to vindicate the violation of her civil rights and requests payment of attorney's fees should she prevail in this lawsuit.

19. Johnson demands trial by jury.

WHEREFORE Plaintiff STEPHANIE JOHNSON requests that AON SERVICE CORPORATION be found liable; that judgment be entered against it; and that it be ordered to pay her compensatory damages, punitive damages, attorney's fees, and costs.

DATE: 6/28/16

BY: <u>Julie O. Herrera</u>

Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812
jherrera@julieherreralaw.com